CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKD
JAN 19 2010
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC CORDERO JONES,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:10-cv-00009 |
| v. | )<br>) | **ORDER** |
| LYNCHBURG ADULT DETENTION<br>    CENTER,<br>    Defendant. | )<br>)<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 19th day of January, 2010.

                                                  Senior United States District Judge